# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

September 28, 2023

**BY ECF ONLY**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

RE:   *United States v. Jonathan Laqui, 21-cr-592 (LTS)*

Dear Judge Swain:

    I was appointed to represent Jonathan Laqui in this matter.  Mr. Laqui has retained Valerie Gotlib, Esq., and we respectfully request that Your Honor schedule a substitution of counsel conference on Thursday, October 5, 2023 at 4PM.  I have been in touch with Your Honor's chambers and am advised that this time is convenient for the Court.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Jill R. Shellow*

Jill R. Shellow

cc:   All counsel (by ECF)
      Valerie Gotlib, Esq. (by email)
      Jonathan Laqui (by email)

The foregoing request is granted.  The change-of-counsel conference is hereby scheduled for October 5, 2023, at 4 p.m.  DE#223 resolved.
SO ORDERED.
September 29, 2023.
/s/ Laura Taylor Swain, Chief USDJ

Admitted:  NY, CT, DC