UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                          No. 21CR592-LTS

JONATHAN LAQUI (11),

                       Defendant.

-------------------------------------------------------------X

## ORDER

    Jill R. Shellow, Esq., is relieved as CJA counsel for the defendant.  The defendant in the above-captioned matter is now represented by retained counsel, Valerie Gotlib, Esq.

    SO ORDERED.

Dated:  New York, New York
           October 5, 2023

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge