

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2025

<u>VIA ECF</u>

## **MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jonathan Laqui*, S2 21 Cr. 592 (LTS)

Dear Chief Judge Swain:

    The Government writes on behalf of the Government and defendant Jonathan Laqui to respectfully request that the Court schedule a plea hearing for defendant Laqui on February 25, 2025, at 2:30 p.m.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney

By: _____
    Timothy V. Capozzi
    Assistant United States Attorney
    212-637-2404

cc:    Valerie Gotlib, Esq. (via ECF)

---

The foregoing request is granted. A plea hearing is scheduled for **February 25, 2025, at 2:30pm**. DE # 348 is resolved.
SO ORDERED.
2/11/2025
/s/ Laura Taylor Swain, Chief USDJ