# GOTLIB LAW

September 4, 2025

**MEMO ENDORSED**

*Via* ECF

The Honorable Laura Taylor Swain
Chief United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Liu, et al.,* 21 Cr. 592 (LTS)

Dear Chief Judge Swain,

I represent Jonathan Laqui in the above-captioned matter. I write, with the consent of the government, to respectfully request that the sentencing in this case be moved to November 13, 2025 at 11:00am.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc: All counsel of record (*via* ECF)

The foregoing request is granted. The sentencing is adjourned to **November 13, 2025, at 11:00am**.
SO ORDERED.
9/5/2025
/s/ Laura Taylor Swain, Chief USDJ